IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3029 |
| vs. | |
| TYLER R. GOEHRING, | ORDER |
| Defendant. | |

For the reasons and with the admonishments stated on the record,

IT IS ORDERED:

1) Defendant's motion to modify conditions of release, (Filing No. 17), is granted;

2) Defendant is permitted to reside in the Middle District of Florida; and

3) Defendant shall fully comply with all other conditions of his pretrial release.

August 9, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge