## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

TYLER R. GOEHRING,

                    Defendant.

**4:19-CR-3029**

**ORDER**

IT IS ORDERED that:

1.    The defendant's Unopposed Motion to Continue (filing 42) is granted.

2.    Defendant Tyler R. Goehring's sentencing is continued to August 13, 2020, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 22nd day of June, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge